1  KATHRYN LEE BOYD, ESQ. (SBN 189496)
   lboyd@srbr-law.com
2  DARCY R. HARRIS, ESQ. (SBN 200594)
   dharris@srbr-law.com
3  JEFF D. NEIDERMAN, ESQ. (SBN 203818)
   jneiderman@srbr-law.com
4  SHERLI SHAMTOUB, ESQ. (SBN 270022)
   sshamtoub@srbr-law.com
5  SCHWARCZ, RIMBERG, BOYD & RADER LLP
   6310 San Vicente Boulevard, Suite 360
6  Los Angeles, California 90048
   Phone: (323) 302-9488
7  Fax: (323) 931-4990
   *Attorneys for Plaintiffs, Gina Balasanyan and Nune Nalbandian*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gina BALASANYAN, an individual, and Nune NALBANDIAN, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NORDSTROM, INC., a Washington corporation; DOES 1-100, inclusive,<br><br>Defendants. | **Civil No. 11-CV-2609 JM (WMc)**<br><br>**DECLARATION OF SHERLI SHAMTOUB, ESQ. IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANT NORDSTROM INC.'S MOTION TO COMPEL ARBITRATION AND STAY ALL CIVIL COURT PROCEEDINGS**<br><br>Date:  TBD<br>Time:  10:00 a.m.<br>Ctrm:  16<br>Judge:  Hon. Jeffrey T. Miller |

SCHWARCZ, RIMBERG,
BOYD & RADER LLP
6310 San Vicente Blvd
Los Angeles, CA 90048

Shamtoub Declaration in Support of Opp. to Motion to Compel Arbitration

Balasanyan et al. v. Nordstrom, Inc.
11-CV-2609 JM (WMc)

## **DECLARATION OF SHERLI SHAMTOUB**

I, SHERLI SHAMTOUB, hereby declare as follows:

1. I am an attorney licensed to practice in the state of California, and to appear before the Southern District of California. I am an associate at the law firm of Schwarcz, Rimberg, Boyd & Rader, LLP, counsel of record for Plaintiffs Gina Balasanyan and Nune Nalbandian ("Plaintiffs") in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached as Exhibit 1 is a true and accurate copy of the recent decision issued by the National Labor Relations Board, *D.R. Horton, Inc.*, 357 NLRB No. 184 (Jan. 3, 2012), found on https://www.nlrb.gov/cases-decisions/case-decisions/board-decisions and attached hereto for the Court's convenience.

3. Attached hereto as Exhibit 2 is a true and accurate copy Nordstrom's pre-litigation Dispute Resolution Program, dated 2010, and the claims covered there under, produced by Nordstrom in response to Plaintiffs' Request for Production of Documents.

4. Attached hereto as Exhibit 3 is a true and accurate copy of Nordstrom's post-litigation Dispute Resolution Program, distributed to employees on or about June 2011, and produced by Nordstrom in response to Plaintiffs' Request for Production of Documents.

5. Attached hereto as Exhibit 4 is a true and accurate copy of Nordstrom's post-litigation Dispute Resolution Program, distributed to employees on or about August 2011, and produced by Nordstrom in response to Plaintiffs' Request for Production of Documents.

6. Attached hereto as Exhibit 5 is a true and accurate copy of instructions disseminated to Nordstrom's human resources and managerial employees regarding the August 2011 Dispute Resolution Program. This document was produced by Nordstrom in response to Plaintiffs' Request for Production of Documents.

7. Attached hereto as Exhibit 6 is a true and accurate copy of Nordstrom's Responses to Plaintiffs' Interrogatories (Set One).

8.  Attached hereto as Exhibit 7 is a true and accurate copy of the condensed deposition transcript of Matthew Bodaken, dated November 18, 2011.

9.  Attached hereto as Exhibit 8 is a true and accurate copy of the condensed deposition transcript of Blanca Gonzalez, dated November 18, 2011.

10. Attached hereto as Exhibit 9 is a true and accurate copy of the condensed deposition transcript of Maha Rezkalla, dated November 18, 2011.

11. Attached hereto as Exhibit 10 is a true and accurate copy of the Public Welfare Foundation's National Study of Public Attitudes on Forced Arbitration, Findings from a Survey of 800 Likely 2010 Voters Nationwide, dated 2010, found at: http://www.employeerightsadvocacy.org/fmd/files/Forced%20Arbitration%20Study%200409.pdf.

12. Attached hereto as Exhibit 11 is a true and accurate copy of the Arbitration Fairness Act (AFA), H.R. 1020, S. 931, currently pending.

I declare under penalty of perjury under the laws of the California that the foregoing is true and correct.

Executed on January 12, 2012 at Los Angeles, California.

                                                              /s/ Sherli Shamtoub
                                                              Sherli Shamtoub

SCHWARCZ, RIMBERG, BOYD & RADER LLP
6310 San Vicente Blvd
Los Angeles, CA 90048